**BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Piya Mukherjee (SBN 274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

**FORD & HARRISON LLP**
Curtis A. Graham (SBN 215745)
Michelle Rapoport (SBN 247459)
Connie L. Chen (SBN 275649)
350 South Grand Avenue, Suite 2300
Los Angeles, California  90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE BUECHE, an individual, on behalf of herself, and all persons similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FIDELITY NATIONAL MANAGEMENT SERVICES, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. **2:12-cv-01114-JAM-EFB**<br><br>**STIPULATION AND ORDER TO CONTINUE CLASS CERTIFICATION FILING DATES**<br><br>**(HEARING DATE MODIFIED BY THE COURT)** |

　　　Plaintiff LAURIE BUECHE ("Plaintiff") and Defendant FIDELITY NATIONAL MANAGEMENT SERVICES, LLC ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

1    WHEREAS, the Court set a Class Certification briefing schedule whereby the motion is to be filed on January 23, 2013, the Opposition is to be filed on February 27, 2013, and the Reply is to be filed on March 27, 2013, with a hearing date of April 17, 2013;

4    WHEREAS, the parties are currently exploring the possibility of engaging in a private mediation;

6    WHEREAS, Defendant is contemplating filing a motion to compel arbitration, in the event that the parties' attempt to resolve this action through mediation is not successful;

8    WHEREAS, in order to conserve judicial resources, the parties agree to continue the class certification filing dates by sixty (60) days in order to evaluate whether the parties may be able to reach a resolution of this action;

11   NOW, THEREFORE, the parties hereby stipulate and agree, and respectfully request the Court to order that the briefing schedule for the motion for class certification be continued such that the motion for class certification shall be filed on or before March 23, 2013 and noticed for hearing on June 19, 2013 at 9:30 a.m. Opposition shall be filed on or before April 27, 2013; Reply brief shall be filed on or before May 25, 2013.

IT IS SO STIPULATED

DATED: October  12, 2012            BLUMENTHAL, NORDREHAUG & BHOWMIK

                                    By      */s/ Aparajit Bhowmik*
                                            Aparajit Bhowmik
                                            Attorneys for Plaintiff

DATED: October __, 2012             FORD & HARRISON LLP

                                    By      */s/ Michelle Rapoport*
                                            Michelle Rapoport
                                            Attorneys for Defendant

**IT IS SO ORDERED**

Dated: _10/16/2012                  /s/ John A. Mendez
                                    United States District Court Judge