1 | **BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (SBN 068687)
2 | Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
3 | Piya Mukherjee (SBN 274217)
2255 Calle Clara
4 | La Jolla, CA 92037
Telephone: (858) 551-1223
5 | Facsimile: (858) 551-1232

6 | Attorneys for Plaintiff

7 | **FORD & HARRISON LLP**
Curtis A. Graham (SBN 215745)
8 | Michelle Rapoport (SBN 247459)
Connie L. Chen (SBN 275649)
9 | 350 South Grand Avenue, Suite 2300
Los Angeles, California 90071
10 | Telephone: (213) 237-2400
Facsimile: (213) 237-2401

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE BUECHE, an individual, on behalf of herself, and all persons similarly situated, | Case No. **2:12-cv-01114-JAM-EFB** |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CLASS CERTIFICATION FILING DATES** |
| v. | |
| FIDELITY NATIONAL MANAGEMENT SERVICES, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff LAURIE BUECHE ("Plaintiff") and Defendant FIDELITY NATIONAL MANAGEMENT SERVICES, LLC ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

---
Stipulation to Continue Dates
Case No. 2:12-cv-01114-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1 WHEREAS, the Court initially set a Class Certification schedule with a hearing date of April 17, 2013, and later continued the date to June 18, 2013 to facilitate the parties' settlement discussions;

WHEREAS, the parties have been exploring the possibility of settlement, and have set a private mediation for March 21, 2013 with mediator Deborah Rothman;

WHEREAS, Defendant is contemplating filing a motion to compel arbitration, in the event that the parties' attempt to resolve this action through mediation is not successful;

WHEREAS, in order to conserve judicial resources, the parties request to continue the class certification filing dates briefly in order to evaluate whether the parties may be able to reach a resolution of this action;

NOW, THEREFORE, the parties hereby stipulate and agree, and respectfully request the Court to order that the briefing schedule for the motion for class certification be continued such that the motion for class certification shall be filed on or before May 23, 2013 and noticed for hearing on August 21, 2013 at 9:30 a.m. Opposition shall be filed on or before July 16, 2013; Reply brief shall be filed on or before August 7, 2013.

IT IS SO STIPULATED

DATED: January 10, 2013          BLUMENTHAL, NORDREHAUG & BHOWMIK

By     */s/ Aparajit Bhowmik*
          Aparajit Bhowmik
       Attorneys for Plaintiff

DATED: January 10, 2013          FORD & HARRISON LLP

By     */s/ Michelle Rapoport*
          Michelle Rapoport
       Attorneys for Defendant

**IT IS SO ORDERED**

Dated: _1/11/2013          /s/ John A. Mendez
                           United States District Court Judge

2
Stipulation to Continue Dates
Case No. 2:12-cv-01114-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com