1  **BLUMENTHAL, NORDREHAUG & BHOWMIK**
   Norman B. Blumenthal (SBN 068687)
2  Kyle R. Nordrehaug (SBN 205975)
   Aparajit Bhowmik (SBN 248066)
3  Piya Mukherjee (SBN 274217)
   2255 Calle Clara
4  La Jolla, CA 92037
   Telephone: (858) 551-1223
5  Facsimile: (858) 551-1232

6  Attorneys for Plaintiff

7  **FORD & HARRISON LLP**
   Curtis A. Graham (SBN 215745)
8  Michelle Rapoport (SBN 247459)
   Connie L. Chen (SBN 275649)
9  350 South Grand Avenue, Suite 2300
   Los Angeles, California  90071
10 Telephone: (213) 237-2400
   Facsimile: (213) 237-2401
11
   Attorneys for Defendant
12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 | LAURIE BUECHE, an individual, on behalf of )   Case No. **2:12-cv-01114-JAM-EFB**
   herself, and all persons similarly situated,    )
17 |                                               )   **STIPULATION AND ORDER TO**
                   Plaintiff,                      )   **CONTINUE CLASS CERTIFICATION**
18 |                                               )   **FILING DATES**
           v.                                      )
19 |                                               )   **(HEARING DATE MODIFIED BY**
   FIDELITY NATIONAL MANAGEMENT                    )   **THE COURT)**
20 | SERVICES, LLC, a Delaware limited liability   )
   company, and DOES 1 through 50, inclusive,      )
21 |                                               )
                   Defendants.                     )
22 |                                               )

23

24
           Plaintiff LAURIE BUECHE ("Plaintiff") and Defendant FIDELITY NATIONAL
25
   MANAGEMENT SERVICES, LLC ("Defendant"), by and through their respective counsel,
26
   hereby stipulate as follows:
27

28

WHEREAS, the Court initially set a Class Certification schedule and later continued the date to August 27, 2013 to facilitate the parties' settlement discussions;

WHEREAS, the parties have been exploring the possibility of settlement and have continued the March 21, 2013 private mediation until April 18, 2013;

WHEREAS, Defendant is contemplating filing a motion to compel arbitration, in the event that the parties' attempt to resolve this action through mediation is not successful;

WHEREAS, in order to conserve judicial resources, the parties request to continue the class certification filing dates briefly in order to evaluate whether the parties may be able to reach a resolution of this action;

NOW, THEREFORE, the parties hereby stipulate and agree, and respectfully request the Court to order that the briefing schedule for the motion for class certification be continued such that the motion for class certification shall be filed on or before August 5, 2013 and noticed for hearing on December 11, 2013 at 9:30 a.m. Opposition shall be filed on or before October 4, 2013; Reply brief shall be filed on or before November 2, 2013.

IT IS SO STIPULATED

DATED: March _26, 2013                BLUMENTHAL, NORDREHAUG & BHOWMIK


By_____/s/Aparajit Bhowmik_____
        Aparajit Bhowmik
    Attorneys for Plaintiff

DATED: March _26, 2013                FORD & HARRISON LLP


By____/s/Michelle Rapoport____
        Michelle Rapoport
    Attorneys for Defendant

**IT IS SO ORDERED**

Dated: _3/26/2013                /s/ John A. Mendez_____
                                 United States District Court Judge