1  **BLUMENTHAL, NORDREHAUG & BHOWMIK**
   Norman B. Blumenthal (SBN 068687)
2  Kyle R. Nordrehaug (SBN 205975)
   Aparajit Bhowmik (SBN 248066)
3  Piya Mukherjee (SBN 274217)
   2255 Calle Clara
4  La Jolla, CA 92037
   Telephone: (858) 551-1223
5  Facsimile: (858) 551-1232

6  Attorneys for Plaintiff

7  **FORD & HARRISON LLP**
   Curtis A. Graham (SBN 215745)
8  Michelle Rapoport (SBN 247459)
   Connie L. Chen (SBN 275649)
9  350 South Grand Avenue, Suite 2300
   Los Angeles, California 90071
10 Telephone: (213) 237-2400
   Facsimile: (213) 237-2401
11
   Attorneys for Defendant
12

13                     UNITED STATES DISTRICT COURT

14                     EASTERN DISTRICT OF CALIFORNIA

15

16 | LAURIE BUECHE, an individual, on behalf of ) | Case No. **2:12-cv-01114-JAM-EFB**
   | herself, and all persons similarly situated, )
17 |                                              ) | **STIPULATION AND ORDER TO**
   |        Plaintiff,                            ) | **VACATE THE FILING DEADLINE**
18 |                                              ) | **FOR PLAINTIFF'S CLASS**
   |   v.                                         ) | **CERTIFICATION MOTION**
19 |                                              )
   | FIDELITY NATIONAL MANAGEMENT                 )
20 | SERVICES, LLC, a Delaware limited liability  )
   | company, and DOES 1 through 50, inclusive,   )
21 |                                              )
   |        Defendants.                           )
22 |_____)

23

24
        Plaintiff LAURIE BUECHE ("Plaintiff") and Defendant FIDELITY NATIONAL
25
   MANAGEMENT SERVICES, LLC ("Defendant"), by and through their respective counsel,
26
   hereby stipulate as follows:
27

28
                          Stipulation to Continue Dates
                                              Case No. 2:12-cv-01114-JAM-EFB

1 WHEREAS, the Court, by stipulation of the parties, continued the deadline for Plaintiff to file her class certification motion to August 5, 2013 to facilitate the parties' settlement discussions and Defendant's contemplated motion to compel arbitration;

4 WHEREAS, on May 22, 2013 Defendant filed its Motion to Compel Arbitration, Dismiss Class Allegations, and Dismiss PAGA Representative Allegations, [Doc. No. 15];

6 WHEREAS, Defendant's Motion to Compel Arbitration is currently under submission;

7 WHEREAS, the Court's ruling on Defendant's Motion to Compel Arbitration will affect the scope of this litigation;

9 WHEREAS, Defendant has objected to the production of certain categories of information prior to the Court's ruling on the pending Motion to Compel Arbitration;

11 WHEREAS, Plaintiff may need to file a motion to compel discovery relevant to the motion for class certification after the Court rules on Defendant's Motion to Compel Arbitration;

13 WHEREAS, the parties agree that judicial resources will be preserved by allowing any discovery motions to be filed after the Court rules on Defendant's Motion to Compel Arbitration;

15 WHEREAS, the parties respectfully request the Court to vacate the class certification filing deadline of August 5, 2013, and if necessary following the Court's ruling on Defendant's Motion to Compel Arbitration, reset the deadline accordingly;

18 WHEREAS, Defendant makes the foregoing stipulations expressly subject to Plaintiff's agreement that they shall not constitute any waiver by Defendant of its claim that Plaintiff's individual allegations should be compelled to arbitration and that Plaintiff's class allegations should be dismissed.  The Parties agree that by entering into this stipulation, Defendant is neither engaging in litigation of this matter nor acting inconsistently with its existing right to compel arbitration.

24 ///
25 ///
26 ///
27 ///
28 ///

NOW, THEREFORE, the parties hereby stipulate and agree, and respectfully request the Court vacate the August 5, 2013 motion for class certification filing deadline, subject it to being reset by the Court, if necessary, following the Court's ruling on Defendant's Motion to Compel Arbitration.

IT IS SO STIPULATED.

DATED:  June 26, 2013                     BLUMENTHAL, NORDREHAUG & BHOWMIK

By  */s/ Aparajit Bhowmik*
Aparajit Bhowmik
Attorneys for Plaintiff

DATED:  June 26, 2013                     FORD & HARRISON LLP

By  */s/ Michelle Rapoport*
Michelle Rapoport
Attorneys for Defendant

**IT IS SO ORDERED**

Dated: __6/27/2013                        /s/ John A. Mendez_____
United States District Court Judge