1  CURTIS A. GRAHAM, Bar No. 215745
   cagraham@littler.com
2  MICHELLE RAPOPORT, Bar No. 247459
   mrapoport@littler.com
3  LITTLER MENDELSON, P.C.
   633 West 5th Street
4  63rd Floor
   Los Angeles, CA  90071
5  Telephone:  213.443.4300
   Facsimile:   213.443.4299

6

7  Attorneys for Defendant
   FIDELITY NATIONAL MANAGEMENT
   SERVICES, LLC
8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11                   SACRAMENTO DIVISION

12

| | |
|---|---|
| 13  LAURIE BUECHE, an individual, on behalf of herself, and on behalf of all persons similarly situated,, | Case No. 2:12-CV-01114-JAM-EFB |
| 15  Plaintiff, | **STIPULATION AND ORDER FOR LEAVE TO AMEND COMPLAINT AND TO RESET DEADLINES FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| 16  v. | |
| 17  FIDELITY NATIONAL MANAGEMENT SERVICES, LLC., a Delaware limited liability company, and DOES 1 through 50, inclusive,, | **(AS MODIFIED BY THE COURT)** |
| | Complaint Filed: February 6, 2012 |
| 20  Defendants. | |

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

CASE NO: 2:12-CV-01114-JAM-EFB

Stipulation and [Proposed] Order Re:
Amend Complaint and Reset Class
Certification Deadlines

Plaintiff LAURIE BUECHE ("Plaintiff') and Defendant FIDELITY NATIONAL MANAGEMENT SERVICES, LLC ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on April 11, 2013, Defendant filed a motion to compel the arbitration of Plaintiff's individual wage-and-hour employment claims, and to dismiss Plaintiff's class allegations.

WHEREAS, while the motion was pending, and to facilitate the parties' settlement discussions, the Court on June 27, 2013, by stipulation of the parties, vacated the deadline for Plaintiff to file her class certification motion. (Docket No. 27)

WHEREAS, on June 27, 2013, the Court also entered its Order Denying Fidelity's Motion to Compel Arbitration, and on July 22, 2013, Defendant filed an appeal of the Order Denying Fidelity's Motion to Compel Arbitration.

WHEREAS, on November 1, 2013, Plaintiff's counsel, who represent another former employee of Defendant, Linda Collier ("Collier"), served a separate class action complaint for damages on behalf of Collier. The complaint was filed on October 11, 2013, in the Orange County Superior Court of the State of California, and pursuant to the parties' stipulation, counsel for Collier shall dismiss without prejudice the Collier complaint within 14 days of the filing of the attached Order by the Court.

WHEREAS, the individual wage-and-hour employment claims and class allegations asserted by Collier are the same or similar to those of Plaintiff. Collier, however, did not execute an arbitration agreement regarding her employment with Defendant. As a result, the class allegations of Collier, which are the same or similar to the class allegations of Plaintiff, will be litigated regardless of the outcome of Defendant's appeal of the Order Denying Defendant's Motion to Compel Arbitration.

WHEREAS, in the interest of conserving judicial resources and the parties' resources, and without waiving any substantive rights or defenses, the parties have agreed to resume the litigation of Plaintiff's individual and class allegations in this district court, and on November 21, 2013, pursuant to the stipulated motion of the

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

CASE NO: 2:12-CV-01114-JAM-EFB   1.   Stipulation and [Proposed] Order Re: Amend Complaint and Reset Class Certification Deadlines

parties, the Ninth Circuit dismissed the appeal.

WHEREAS, the parties agree that this stipulation is only for the purpose of conserving resources, and Defendant expressly reserves all rights to challenge in this litigation, both substantively and procedurally, the individual allegations of Plaintiff and Collier and the class allegations of Plaintiff and Collier, including but not limited to any factors analyzed by the Court for determining the suitability of class certification or classwide treatment of their claims.

NOW, THEREFORE, the parties hereby stipulate and agree, and respectfully request the Court to grant leave to Plaintiff to amend her complaint to add Collier as a Plaintiff. Plaintiff shall file the amended complaint within 14 days of the filing of the attached Order by the Court, and Defendant shall file its responsive pleading within 14 days of the filing of the amended complaint.

In addition, the parties hereby stipulate and agree, and respectfully request the Court to order that the briefing schedule for the anticipated motion for class certification be reset, such that the motion for class certification shall be filed on or before May 30, 2014, and noticed for hearing on September 17, 2014 at 9:30 a.m.; Defendant's opposition shall be filed on or before July 31, 2014; and Plaintiff's reply, if any, shall be filed on or before August 29, 2014.

Dated:  December 2, 2013                    LITTLER MENDELSON, P.C.


By: */s/  Curtis A. Graham*
    CURTIS A. GRAHAM
    MICHELLE RAPOPORT
    Attorneys for Defendant
    FIDELITY NATIONAL
    MANAGEMENT SERVICES, LLC

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

CASE NO. 2:12-CV-01114-JAM-EFB           2.           Stipulation and [Proposed] Order Re: Amend Complaint and Reset Class Certification Deadlines

Dated: December 2, 2013                BLUMENTHAL, NORDREHAUG & BHOWMIK

By: */s/ Kyle R. Nordrehaug (as authorized on December 2, 2013 )*
KYLE R. NORDREHAUG
Attorneys for Plaintiff
LAURIE BUECHE

**IT IS SO ORDERED: (AS MODIFIED BY THE COURT)**

Dated: December 2, 2013                /s/ John A. Mendez_____
John A. Mendez
United States District Court Judge

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

CASE NO. 2:12-CV-01114-JAM-EFB        3.        Stipulation and [Proposed] Order Re: Amend Complaint and Reset Class Certification Deadlines