1 | **BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (SBN 068687)
2 | Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
3 | Piya Mukherjee (SBN 274217)
2255 Calle Clara
4 | La Jolla, CA 92037
Telephone: (858) 551-1223
5 | Facsimile: (858) 551-1232

6 | Attorneys for Plaintiff

7 | **LITTLER MENDELSON, P.C.**
Curtis A. Graham (SBN 215745)
8 | Michelle Rapoport (SBN 247459)
633 West 5th Street, 63rd Floor
9 | Los Angeles, CA 90071
Telephone: (213) 443-4300
10 | Facsimile: (213) 43-4299

11 | Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE BUECHE and KELLY COLLIER, individually, on behalf of themselves, and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL MANAGEMENT SERVICES, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. **2:12-cv-01114-JAM-EFB**<br><br>**STIPULATION AND ORDER TO CONTINUE THE FILING DEADLINE FOR PLAINTIFFS' CLASS CERTIFICATION MOTION**<br><br>**(AS MODIFIED BY THE COURT)** |

Plaintiffs LAURIE BUECHE and KELLY COLLIER ("Plaintiffs") and Defendant FIDELITY NATIONAL MANAGEMENT SERVICES, LLC ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

1  WHEREAS, the Court, by stipulation of the parties, continued the deadline for Plaintiffs 2 to file their class certification motion to May 30, 2014 following the Court's Order Denying 3 Defendant's Motion to Compel Arbitration and Defendant's Voluntary Dismissal of an Appeal 4 of the Court's Order Denying Motion to Compel Arbitration;

5  WHEREAS, on February 21, 2014, Defendant served both supplemental responses to 6 prior sets of discovery and responses to recently propounded discovery requests by Plaintiff;

7  WHEREAS, Plaintiff contends that Defendant's responses were insufficient and the 8 Parties have been meeting and conferring regarding Defendant's responses and are trying to 9 resolve as many outstanding discovery disputes informally and without burdening the Court with 10 unnecessary motion practice;

11  WHEREAS, the Parties have been conducting depositions and believe they will need 12 additional time in order to complete all depositions prior to the filing of the motion for class 13 certification;

14  WHEREAS, Plaintiffs' Motion to Compel Responses to Discovery is currently set for 15 hearing on March 26, 2014 and in order to facilitate the Parties' meet and confer efforts, will 16 seek to briefly continue the hearing date;

17  WHEREAS, based on the foregoing, the parties respectfully request the Court to briefly 18 continue the class certification briefing schedule in order for the Parties to resolve as many 19 outstanding discovery disputes informally and thereafter file discovery related motions, as 20 needed;

NOW, THEREFORE, the parties hereby stipulate and agree, and respectfully request the Court continue the class certification briefing schedule as follows, subject it to being reset by the Court, if necessary:

- Plaintiffs' Deadline to File Motion for Class Certification: August 15, 2014
- Defendant's Deadline to File Opposition: October 15, 2014
- Plaintiffs' Deadline to File Reply: November 14, 2014
- Hearing on Motion for Class Certification: December 3, 2014 at 9:30 a.m.

IT IS SO STIPULATED.

DATED:  March 19, 2014                     BLUMENTHAL, NORDREHAUG & BHOWMIK


                                           By  /s/ Piya Mukherjee
                                                  Piya Mukherjee
                                           Attorneys for Plaintiffs

DATED:  March 19, 2014                     LITTLER MENDELSON, P.C.


                                           By  /s/ Curtis A. Graham
                                                  Curtis A. Graham
                                           Attorneys for Defendant

**IT IS SO ORDERED (AS MODIFIED)**

Dated: _3/20/2014                          /s/ John A. Mendez_____
                                           United States District Court Judge