1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| LAURIE BUECHE, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL MANAGEMENT SERVICES, LLC., a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:12-CV-01114-JAM-EFB<br><br>**PLAINTIFFS' [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL RESPONSES TO DISCOVERY**<br><br>Hearing Date: April 16, 2014<br>Hearing Time: 10:00 a.m.<br>Courtroom: 8, 13th Floor<br><br>Magistrate Judge:<br>Hon. Edmund F. Brennan<br><br>Complaint Filed: February 6, 2012 |
|---|---|

On April 16, 2014 at 10:00 a.m., this matter was before the court for hearing on the Plaintiffs' motion to compel responses to discovery. ECF No. 46-1. For the reasons stated on the record, plaintiffs' motion to compel is granted. At the hearing, the parties agreed to a procedure to be used by defendant to respond to Plaintiffs' Interrogatory 14, and Plaintiffs' Request for Production Number 11, Set Four, which this order hereby adopts. Accordingly, IT IS HEREBY ORDERED that Defendant shall respond to Plaintiffs' Interrogatory 14, by serving a supplemental response which states the total number of putative class members and Request for Production Number 11, Set Four, by producing contact information for the putative class members, as defined therein, to a Third Party Administrator, in accordance with the following:

1.   Plaintiffs have selected Gilardi & Co., LLC as a Third Party Administrator for use in this matter.

2.   Within ten (10) days of entry of this Order, Defendant shall produce to the Third Party Administrator the names, last-known address, last-known telephone number, and last-known personal email address, if any, of the putative class members.

3.   Within three (3) days of receipt of the putative class member contact information, the Third Party Administrator shall mail to each member the parties' agreed-upon "Belaire West" disclosure opt-out notice, attached hereto as Exhibit 1, along with a postcard for return by putative class members who do not wish to have their names and contact information provided to Plaintiffs' counsel, at the sole cost of Plaintiffs.

4.   Each putative class member shall have fifteen (15) days from the date of mailing of the "Belaire West" disclosure opt-out notice to return the postcard opting out of the disclosure of the member's name and contact information. The postmark on the correspondence sent by the putative class member shall be considered the return date for this opt-out period.

CASE NO: 2:12-CV-01114-JAM-EFB                    1.

5. Within seven (7) days after the 15-day opt-out period has concluded, the Third Party Administrator shall compile a list of putative class members who did not opt out of the disclosure, and provide that list to Plaintiffs' counsel.

6. The putative class member names and contact information produced in accordance with this Order shall be used only for the purpose of class discovery in this lawsuit, and shall not be used for any other purpose and shall not be disseminated to any third party, other than the Third Party Administrator, under any circumstances.

7. To the extent Plaintiffs' counsel makes contact with any putative class member following the production of information provided according to this Order, Plaintiffs' counsel shall advise the putative class member that he or she has the right not to talk to counsel and that if that right is exercised, counsel will immediately terminate the contact and not re-contact the individual.

8. Defendant will serve a supplemental response to Interrogatory No. 14 stating the total number of employees working as exempt Branch Managers during the periods of (a) February 6, 2008 until the present and (b) February 6, 2011 to the present for Defendant by May 9, 2014.

IT IS SO ORDERED.

Dated: April 28, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

# **EXHIBIT #1**

(NO. 2:12-CV-01114-JAM-EFB) 3.

## NOTICE OF DISCLOSURE OF PERSONAL CONTACT INFORMATION

*Bueche v. Fidelity National Management Services, LLC*,  Case No. 2:12-cv-01114-JAM-EFB


To:  CURRENT AND FORMER BRANCH MANAGERS EMPLOYED BY FIDELITY NATIONAL MANAGEMENT SERVICES, LLC BETWEEN FEBRUARY 6, 2008 AND THE PRESENT

Plaintiffs Laurie Bueche and Kelly Collier ("Plaintiffs") filed a lawsuit against Fidelity National Management Services, LLC ("Defendant"), alleging claims for unpaid overtime and inaccurate wage statements.  Defendant denies Plaintiffs' claims and believes that it has fully complied with its legal obligations.  **This is not a lawsuit against you, and you are not being sued**.

Plaintiffs filed their lawsuit as a class action, and thereby claim to represent the interests of all current and former branch managers who worked in California at any time from February 8, 2008 to the present.  **The Court has not yet rendered any opinion as to the merits of the lawsuit, and has not determined whether or not the lawsuit should proceed as a class action**.

You may be a member of the proposed class.  Plaintiffs' attorneys would like to have your name and contact information, including address, telephone number, and email address, so that they can contact you to obtain information about the nature of the work you do (or used to do) while employed by Defendant.

**You may elect to keep your contact information private so that it is not provided to Plaintiffs' attorneys.  If you DO NOT want your name and contact information provided to Plaintiffs' attorneys, YOU MUST SIGN AND RETURN THE ENCLOSED POSTCARD.  The postcard must be postmarked NO LATER THAN [15 days from the date of mailing].**

Regardless of how you respond to this notice, you are not under any obligation to provide any information about your employment or discuss any of the issues involved in the lawsuit with any of the attorneys in this matter.

You have the right to contact the Plaintiff's attorneys or the Defendant's attorney directly:

| Plaintiff's Attorneys | Defendants' Attorneys |
|---|---|
| BLUMENTHAL, NORDREHAUG & BHOWMIK | LITTLER MENDELSON, P.C. |
| Nick DeBlouw | Curtis A. Graham |
| nick@bamlawca.com | cagraham@littler.com |
| 2255 Calle Clara | 633 West 5th Street, 63rd Floor |
| La Jolla, CA 92037 | Los Angeles, CA 90071 |
| Telephone: (858) 551-1223 | Telephone: (213) 443-4300 |
| Facsimile: (858) 551-1232 | Facsimile: (213) 443-4299 |