1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LAURIE BUECHE and KELLY COLLIER, as individuals, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL MANAGEMENT SERVICES, LLC., a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. **2:12-CV-01114-JAM-EFB**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RESCHEDULE HEARING DATE REGARDING DISCOVERY DISPUTE**<br><br>Current Date and Time:<br>Date: June 25, 2014<br>Time: 10:00 a.m.<br><br>Requested Re-scheduled Date and Time:<br>Date: July 2, 2014<br>Time: 10:00 a.m.<br><br>Magistrate Judge:   Hon. Edmund F. Brennan<br>Courtroom:  8<br><br>Complaint Filed:  February 6, 2012 |

CASE NO: 2:12-CV-01114-JAM-EFB                          (PROPOSED) ORDER

Having considered Plaintiffs' Request to re-schedule the hearing on Plaintiffs' forthcoming discovery motion from June 25, 2014 to July 2, 2014, Plaintiffs' Request for a brief continuance is GRANTED.

The hearing on plaintiff's motion to compel is continued to July 2, 2014 at 10:00 a.m. in Courtroom 8.

IT IS SO ORDERED.

Dated:  June 19, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

CASE NO: 2:12-CV-01114-JAM-EFB           1.