1 | **BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Piya Mukherjee (SBN 274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

**LITTLER MENDELSON, P.C.**
Curtis A. Graham (SBN 215745)
Michelle Rapoport (SBN 247459)
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
Telephone: (213) 443-4300
Facsimile: (213) 43-4299

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE BUECHE and KELLY COLLIER, individually, on behalf of themselves, and all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY NATIONAL MANAGEMENT SERVICES, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. **2:12-cv-01114-JAM-EFB** <br><br> **STIPULATION AND ORDER TO CONTINUE CLASS CERTIFICATION FILING DATES** |

Plaintiffs LAURIE BUECHE and KELLY COLLIER ("Plaintiffs") and Defendant FIDELITY NATIONAL MANAGEMENT SERVICES, LLC ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

1 WHEREAS, the Court, by stipulation of the parties, continued the deadline for Plaintiffs to file their class certification motion to August 15, 2014, [Doc. No. 43];

3 WHEREAS, the Parties have propounded and responded to several sets of discovery and have engaged in discovery related motion practice regarding their respective prosecution and defense of this litigation;

6 WHEREAS, the Parties are exploring the potential for resolution and have scheduled a private mediation for September 11, 2014;

8 WHEREAS, the Parties have agreed to stay formal discovery, including the completion of the 30(b)(6) deposition which may include the deposition of twenty-six (26) additional individuals until after the mediation;

11 WHEREAS, to the extent mediation is successful, Plaintiff will file a motion for approval of class action settlement;

13 WHEREAS, to the extent mediation is unsuccessful, the Parties will resume the formal discovery and motion practice necessary for Plaintiff to file the motion for class certification within sixty (60) of the completion of the mediation;

16 WHEREAS, in order to conserve judicial resources, the parties request to continue the class certification filing dates briefly in order to evaluate whether the parties may be able to now reach a resolution of this action;

19 NOW, THEREFORE, the parties hereby stipulate and agree, and respectfully request the Court to order that the briefing schedule for the motion for class certification be continued, as follows: Plaintiffs shall file their Motion for Class Certification on or before November 10, 2014; Defendant shall file its Opposition on or before January 26, 2015 (to account for intervening holidays, the time period is slightly longer than the current briefing schedule); Plaintiffs shall file their Reply brief on or before February 20, 2015; the Court's hearing on the Motion for Class Certification shall be on March 11, 2015 at 9:30 a.m., or on a date thereafter convenient for the Court.

27 IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  July 28, 2014 | BLUMENTHAL, NORDREHAUG & BHOWMIK |
| 2 | | |
| 3 | | By_____*/s/Piya Mukherjee* |
| 4 | | Piya Mukherjee<br>Attorneys for Plaintiffs |
| 5 | DATED:  July 28, 2014 | LITTLER MENDELSON, P.C. |
| 6 | | |
| 7 | | By____*/s/Curtis A. Graham*_____ |
| 8 | | Curtis A. Graham<br>Attorneys for Defendant |

**IT IS SO ORDERED**

Dated: _7/28/2014

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge