**BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Piya Mukherjee (SBN 274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

**LITTLER MENDELSON, P.C.**
Curtis A. Graham (SBN 215745)
Michelle Rapoport (SBN 247459)
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
Telephone: (213) 443-4300
Facsimile: (213) 43-4299

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE BUECHE and KELLY COLLIER, individually, on behalf of themselves, and all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY NATIONAL MANAGEMENT SERVICES, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. **2:12-cv-01114-JAM-EFB** <br><br> **STIPULATION AND ORDER TO CONTINUE CLASS CERTIFICATION FILING DATES** |

Plaintiffs LAURIE BUECHE and KELLY COLLIER ("Plaintiffs") and Defendant FIDELITY NATIONAL MANAGEMENT SERVICES, LLC ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

1    WHEREAS, the Parties have propounded and responded to several sets of discovery and
2 have engaged in discovery related motion practice regarding their respective prosecution and
3 defense of this litigation;

4    WHEREAS, the Court, by stipulation of the parties, continued the deadline for Plaintiffs
5 to file their class certification motion to November 10, 2014, so that the parties could explore
6 resolution through private mediation [Doc. No. 70];

7    WHEREAS, the Parties are continuing to explore the potential for resolution following
8 the completion of a private mediation session on September 26, 2014, for a period of
9 approximately three weeks;

10    WHEREAS, the Parties have agreed to stay formal discovery while exploring post-
11 mediation settlement discussions, including the completion of the 30(b)(6) deposition which may
12 include the deposition of twenty-six (26) additional individuals;

13    WHEREAS, to the extent the post-mediation settlement discussions are successful,
14 Plaintiff will file a motion for approval of class action settlement;

15    WHEREAS, to the extent the post-mediation settlement discussions are unsuccessful, the
16 Parties will resume the formal discovery and motion practice necessary for Plaintiff to file the
17 motion for class certification by the end of 2014;

18    WHEREAS, in order to conserve judicial resources, the parties request to continue the
19 class certification filing dates briefly in order to evaluate whether the parties may be able to now
20 reach a resolution of this action;

21    NOW, THEREFORE, the parties hereby stipulate and agree, and respectfully request the
22 Court to order that the briefing schedule for the motion for class certification be continued, as
23 follows:

24    1. Plaintiffs shall file their Motion for Class Certification on or before December 15,
25        2014; Defendant shall file its Opposition on or before March 2, 2015 (the lengthy
26        time period is to account for intervening holidays); Plaintiffs shall file their Reply
27        brief on or before March 27, 2015; the Court's hearing on the Motion for Class
28        Certification shall be on April 22, 2015 at 9:30 a.m.

2. Discovery, including any discovery conferences and motions is stayed for three (3) weeks until October 20, 2014.

3. Actual deposition scheduling is stayed for three (3) weeks, until October 20, 2014. Deposition scheduling will begin on October 20 for deposition dates to resume between October 25 and November 14, 2014.

IT IS SO STIPULATED.

DATED:  October 2, 2014                    BLUMENTHAL, NORDREHAUG & BHOWMIK


By____*/s/*_____
          Aparajit Bhowmik
          Attorneys for Plaintiffs

DATED:  October 2, 2014                    LITTLER MENDELSON, P.C.


By____*/s/*_____
          Curtis A. Graham
          Attorneys for Defendant

**IT IS SO ORDERED**

Dated:   10/2/2014_____

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge