UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE BUECHE and KELLY COLLIER, as individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATIONAL MANAGEMENT SERVICES, LLC., a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:12-cv-1114-JAM-EFB<br><br>ORDER |

On September 9, 2014, plaintiffs filed a motion to compel defendants to respond to plaintiffs' discovery requests. ECF No. 71. That motion was noticed for hearing on October 15, 2014. *Id*. Local Rule 251(a) provides that the Joint Statement Re Discovery Disagreement must be filed at least seven days before the scheduled hearing date. E.D. Cal. L.R. 251(a). Local Rule 251(a) also provides that the hearing on a discovery motion may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed. *Id*.

Although the deadline has passed, the docket reveals that no Joint Statement re Discovery Disagreement has been filed in connection with plaintiff's motion to compel. Therefore, that

/////

1

motion, ECF No. 71, is denied without prejudice and the October 15, 2014 hearing thereon is vacated.

SO ORDERED.

DATED: October 9, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2