**BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Piya Mukherjee (SBN 274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

**LITTLER MENDELSON, P.C.**
Curtis A. Graham (SBN 215745)
Michelle Rapoport (SBN 247459)
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
Telephone: (213) 443-4300
Facsimile: (213) 43-4299

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE BUECHE and KELLY COLLIER, individually, on behalf of themselves, and all persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FIDELITY NATIONAL MANAGEMENT SERVICES, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. **2:12-cv-01114-JAM-EFB**<br><br>**STIPULATION AND ORDER TO VACATE CLASS CERTIFICATION FILING DATES** |

Plaintiffs LAURIE BUECHE and KELLY COLLIER ("Plaintiffs") and Defendant FIDELITY NATIONAL MANAGEMENT SERVICES, LLC ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Parties have propounded and responded to several sets of discovery and have engaged in discovery related motion practice regarding their respective prosecution and defense of this litigation;

WHEREAS, the Court, by stipulation of the parties, continued the deadline for Plaintiffs to file their class certification motion to November 10, 2014, so that the parties could explore resolution through private mediation [Doc. No. 70];

WHEREAS, the Court set the following schedule:  "Plaintiffs shall file their Motion for Class Certification on or before December 15, 2014; Defendant shall file its Opposition on or before March 2, 2015 (the lengthy time period is to account for intervening holidays); Plaintiffs shall file their Reply brief on or before March 27, 2015; the Court's hearing on the Motion for Class Certification shall be on April 15, 2015 at 9:30 a.m., or on a date thereafter convenient for the Court."

WHEREAS, following a private mediation held before Deborah Rothman, Esq., the parties have reached a settlement of the class claims asserted in this action;

WHEREAS, the parties anticipate a motion for preliminary approval of class settlement to be filed in the next sixty (60) days;

NOW, THEREFORE, the parties hereby stipulate and request the Court to vacate the class certification briefing schedule and hearing date so that a Motion for Preliminary Approval of Class Action Settlement can be filed and scheduled to be heard.

Respectfully submitted,

DATED: November 13, 2014        BLUMENTHAL, NORDREHAUG & BHOWMIK

By __ */s/* ____
Aparajit Bhowmik
Attorneys for Plaintiffs

DATED: November 13, 2014        LITTLER MENDELSON, P.C.

By __ */s/* ____
Curtis A. Graham
Attorneys for Defendant

**IT IS SO ORDERED**

Dated: ___11/13/2014
_____                 /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge